IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNIFER THOMAS PORTER                                        PLAINTIFF

v.                                CIVIL ACTION NO.: 1:16-cv-00226-GHD-DAS

NORTH MISSISSIPPI MEDICAL
CENTER, INC.                                                  DEFENDANT

ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 21st day of December, 2016.

_____
SENIOR U.S. DISTRICT JUDGE